IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

**FILED**
**U.S. District Court**
**District of Kansas**
06/18/2026
**Clerk, U.S. District Court**
**By:** SND **Deputy Clerk**

ELDY LARISA PALMA MURILLO,    )
       )
    Petitioner,    )
       )
    v.    )    Case No. 26-3154-JWL
       )
TODD BLANCHE, Attorney General;    )
EXECUTIVE OFFICE FOR IMMIGRATION    )
    REVIEW;    )
MARKWAYNE MULLIN, DHS Secretary;    )
SAMUEL OLSON, DHS Field Office Director; and    )
MISTY MACKEY, Warden, Midwest Regional    )
    Reception Center,    )
       )
    Respondents.    )
       )
_____)

## ORDER OF DISMISSAL

Petitioner, through counsel, filed a petition for habeas corpus under 28 U.S.C. § 2241, in which she challenged her detention by immigration officials without a bond hearing. On June 9, 2026, respondents filed notice that petitioner was released on recognizance on May 27, 2026, and that the case is therefore moot. Petitioner's counsel has not filed a response to that notice or otherwise disputed that petitioner was released or that the case is now moot. Accordingly, the Court now dismisses the case as moot.

IT IS THEREFORE ORDERED BY THE COURT THAT the petition for habeas corpus pursuant to 28 U.S.C. § 2241 is hereby **dismissed as moot**.

IT IS SO ORDERED.

Dated this 18th day of June, 2026, in Kansas City, Kansas.

<u>/s/  John W. Lungstrum</u>
Hon. John W. Lungstrum
United States District Judge